THE ORDEN GERMANIA, Appellant, *v.* CHARLES E. DEVENDER, Respondent.

(Argued October 21, 1884 ; decided October 31, 1884.)

*Lewis Sanders* for appellant.

*Almon Goodwin* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.